IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>PAUL HALL CENTER FOR MARITIME TRAINING AND EDUCATION<br><br>and<br><br>SEAFARERS INT'L UNION<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*    Civil Action No. MJG-02-CV-3192<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION FOR EXTENSION OF TIME TO FILE REPLY

The parties in the above-captioned case hereby agree to stipulate to the following revised briefing schedule:

1) the time allowed for filing the reply of Defendant Paul Hall Center for Maritime Training and Education to Plaintiff Equal Employment Opportunity Commission's Opposition to Defendants' Separate Motions to Dismiss shall be extended to and including December 9, 2002; and

2) the time allowed for filing of the reply of Defendant Seafarers International Union to Plaintiff Equal Employment Opportunity Commission's Opposition to Defendants' Separate Motions to Dismiss shall be extended to and including December 9, 2002.

Respectfully submitted,

*[signature]*

Kathleen Pontone (Fed. Bar No. 1225)
Lisa F. Orenstein (Fed. Bar No. 25532)
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Defendant,
Paul Hall Center for Maritime
Training and Education

---

Maria Salacuse
Gwendolyn Young Reams
Equal Employment Opportunity Commission
Baltimore District Office
10 South Howard Street, 3rd Floor
Baltimore, Maryland 21201
(410) 962-3932

Attorney for Plaintiff,
Equal Employment Opportunity Commission

*[signature]*

Theresa M. Connolly
Piper Rudnick LLP
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
(703) 773-4007

Attorney for Defendant,
Seafarers International Union

**SO ORDERED** this 25th day of November, 2002.

*[signature]*

THE HONORABLE MARVIN J. GARBIS

**SO ORDERED.**

Respectfully submitted,

_____
Kathleen Pontone (Fed. Bar No. 1225)
Lisa F. Orenstein (Fed. Bar No. 25532)
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Defendant,
Paul Hall Center for Maritime
Training and Education

_/s/ M. Salacuse_____
Maria Salacuse (FED. BAR No. 15562)
Gwendolyn Young Reams
Equal Employment Opportunity Commission
Baltimore District Office
10 South Howard Street, 3rd Floor
Baltimore, Maryland 21201
(410) 962-3932

Attorney for Plaintiff,
Equal Employment Opportunity Commission

_____
Theresa M. Connolly
Piper Rudnick LLP
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
(703) 773-4007

Attorney for Defendant,
Seafarers International Union

**SO ORDERED** this _____ day of _____, 2002.

_____
**THE HONORABLE MARVIN J. GARBIS**

**SO ORDERED.**

2

LAW OFFICES
# MILES & STOCKBRIDGE P.C.
10 LIGHT STREET
BALTIMORE, MARYLAND 21202-1487

TELEPHONE 410-727-6464
FAX 410-385-3700

CAMBRIDGE, MD
COLUMBIA, MD
EASTON, MD
FREDERICK, MD

McLEAN, VA
ROCKVILLE, MD
TOWSON, MD
WASHINGTON, D.C.

Writer's Direct Dial
(410) 385-3652

November 25, 2002

**VIA HAND-DELIVERY**

Clerk of the Court
United States District Court
  for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    EEOC v. Paul Hall Center for Maritime Training and Education
             and Seafarers Int'l Union
             Civil Action No.: MJG-02-CV-3192

Dear Sir/Madam Clerk:

    Enclosed for filing in the above-referenced matter please find an original and three copies of the parties' Stipulation for Extension of Time to File Reply. Please date-stamp one copy of the Stipulation and hand it to our waiting messenger for return to this office.

    Thank you for your attention to this matter.

                              Very truly yours,

                              Lisa F. Orenstein

LFO/mpf
Enclosures
cc:    Maria Salacuse, Esquire
       Theresa M. Connolly, Esquire
       Paul Mallos, Esquire
       Kathleen Pontone, Esquire

560068