```
FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 15  P 1:47

CLERK'S OFFICE
AT BALTIMORE
         BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> PAUL HALL CENTER FOR MARITIME TRAINING & EDUCATION, et. al. <br><br> Defendants. | Civil Action No. <br> MJG-02-CV-3192 |

### ORDER

Plaintiff's Unopposed Motion for Leave to File a Surreply in the above-captioned case is hereby GRANTED for good cause.

SO ORDERED this 14th day of January, 2003.

/s/ Marvin J. Garbis
Marvin J. Garbis
United States District Judge

