IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EQUAL EMPLOYMENT                          *
OPPORTUNITY COMMISSION
                                         *
        Plaintiff,
                                         *

v.
                                         *

PAUL HALL CENTER FOR                     *        Civil Action No. MJG-02-CV-3192
MARITIME TRAINING AND
EDUCATION                                *

and                                      *

SEAFARERS INT'L UNION                    *

        Defendants.                      *


*    *    *    *    *    *    *    *    *    *    *    *    *


ORDER


Defendant Paul Hall Center's Motion for Leave to Submit Response to EEOC's "Surreply" of

January 14, 2003, is hereby GRANTED.


SO ORDERED this __30th__ day of __January__, 2003.



_____
Marvin J. Garbis
United States District Judge