IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| PAUL HALL CENTER FOR MARITIME TRAINING AND EDUCATION | * | Civil Action No. MJG-02-CV-3192 |
| | * | |
| and | * | |
| | * | |
| SEAFARERS INT'L UNION | * | |
| | * | |
| Defendants. | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

**NOTICE OF WITHDRAWAL AND ENTRY OF APPEARANCE**

Please withdraw the appearance of Lisa F. Orenstein, Esquire as counsel for Defendant

Paul Hall Center for Maritime Training and Education, and enter the appearance of Anthony W.

Kraus, Esquire of Miles & Stockbridge P.C. as counsel for Defendant Paul Hall Center for

Maritime Training and Education.

Dated:  May 20, 2003

2

<table>
<tr><td>

_____/s/_____
Lisa F. Orenstein (Bar No. 25532)
823 S. Sharp Street
Baltimore, Maryland 21230
(signed by Anthony W. Kraus
with permission of
Lisa F. Orenstein)

</td><td>

MILES & STOCKBRIDGE P.C.

By:  /s/ Anthony W. Kraus
     Kathleen Pontone (Bar No. 1225)
     Anthony W. Kraus (Bar No. 2351)
     Miles & Stockbridge P.C.
     10 Light Street
     Baltimore, Maryland 21202
     (410) 727-6464

     Counsel for Defendant,
     Paul Hall Center for Maritime
     Training and Education

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2003, a copy of the foregoing Notice of

Withdrawal and Entry of Appearance was filed electronically.  Notice of this filing will be sent

to all parties by operation of the Court's electronic filing system.  Parties may access this filing

through the Court's system.

/s/ Anthony W. Kraus
Kathleen Pontone (Bar No. 1225)
Anthony W. Kraus (Bar No. 2351)
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland  21202
(410) 727-6464

Counsel for Defendant,
Paul Hall Center for Maritime
Training and Education