UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) PAUL HALL CENTER FOR MARITIME ) TRAINING & EDUCATION, et. al. ) ) Defendants. ) ) | Civil Action No. MJG-02-CV-3192 |

PLAINTIFF'S MOTION AND MEMORANDUM TO STRIKE
DEFENDANT PAUL HALL'S JUNE 4, 2003 SUBMISSION TO THE COURT

Plaintiff Equal Employment Opportunity Commission hereby moves the Court to strike Defendant Paul Hall's June 4, 2003 submission. Defendant's four-page single-spaced submission coupled with exhibits almost a half inch thick is just another attempt to regurgitate issues previously briefed ad nauseam and ruled upon by the Court in its Orders of April 30, 2003 and May 15, 2003.[1] Although Defendant purports to seek "clarification and possible modification," the Court's prior rulings are abundantly clear. Per the Court's clear mandate that development of this case will not be delayed, the Commission has commenced discovery. Moreover, Defendant's belated attempt to register its unlicensed apprentice program eight days after the Court's conference call is unhelpful to Defendant - - such registration cannot negate the undisputed fact that its apprentice program was not bona fide throughout the six-year period

---

[1] Defendant has blatantly failed to comply with Local Rule 102(2)(b) as well as the Court's mandate that documents be filed electronically.

during which it blanketly excluded older individuals.

    For all the reasons set forth above, the Commission respectfully requests that the Court grant its Motion to Strike.

Respectfully submitted,

GWENDOLYN YOUNG REAMS
Associate General Counsel

GERALD S. KIEL
Regional Attorney

DEBRA M. LAWRENCE
Supervisory Trial Attorney

_____/s/_____
MARIA SALACUSE
Trial Attorney
Bar No. 15562

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
10 S. Howard Street, 3rd Floor
Baltimore, Maryland  21201
(410) 962-4341 (phone)
(410) 962-4270 (fax)