UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL HALL CENTER FOR MARITIME TRAINING & EDUCATION, et. al. )<br>)<br>Defendants. ) | Civil Action No.<br>MJG-02-CV-3192 |

ORDER

_____Plaintiff's Motion to Strike Defendant Paul Hall's June 4, 2003 Submission to the Court in the above-captioned case is hereby GRANTED.


_____SO ORDERED this _____ day of _____, 2003.


_____
Marvin J. Garbis
United States District Judge