Wage and Hour Division, Labor § 521.3

## PART 521—EMPLOYMENT OF APPRENTICES

Sec.
521.1 Employment of apprentices at subminimum wages.
521.2 Definitions.
521.3 Standards of apprenticeship.
521.4 Criteria for a skilled trade
521.5 Procedure for employment of an apprentice at subminimum wages.
521.6 Issuance of special certificates
521.7 Terms of special certificates.
521.8 Records.
521.9 Amendment of this part.
521.10 Investigations and hearings.
521.11 Reconsideration and review

AUTHORITY: Sec. 14, 52 Stat. 1068, as amended, 29 U.S.C. 214, unless otherwise noted.

SOURCE: 16 FR 8884, Sept. 1, 1951, unless otherwise noted.

### § 521.1 Employment of apprentices at subminimum wages.

The Administrator or his authorized representative, to the extent necessary in order to prevent curtailment of opportunities for employment, shall issue special certificates to employers or joint apprenticeship committees[1] authorizing the employment of apprentices in skilled trades at wages lower than the minimum wage applicable under section 6 of the Fair Labor Standards Act of 1938, as amended, subject to the conditions and limitations prescribed in this part.

### § 521.2 Definitions.

As used in this part:

(a) *Apprentice* means a worker at least sixteen years of age, except where a higher minimum age standard is otherwise fixed by law, who is employed to learn a skilled trade as defined in § 521.4, and in conformity with or substantial conformity with the standards of apprenticeship as set forth in § 521.3.

(b) *Apprenticeship agreement* means a written agreement between an apprentice and either his employer or a joint apprenticeship committee, which contains the terms and conditions of the employment and training of the apprentice, and which conforms or substantially conforms with the standards of apprenticeship set forth in § 521.3.

(c) *Apprenticeship program* means a complete plan of terms and conditions for the employment and training of apprentices which conforms or substantially conforms with the standards of apprenticeship, as set forth in § 521.3.

(d) *Joint apprenticeship committee* means a local committee, equally representative of employers and employees, which has been established by a group of employers and a bona fide bargaining agent or agents, to direct the training of apprentices with whom it has made agreements. This term does not include a joint apprenticeship committee established for an individual plant.

(e) *Recognized apprenticeship agency* means either (1) A state apprenticeship agency recognized by the Bureau of Apprenticeship, United States Department of Labor, or (2) if no such apprenticeship agency exists in the state, the Bureau of Apprenticeship, United States Department of Labor.

(f) *Registration* means the approval by a recognized apprenticeship agency of an apprenticeship program or agreement as meeting the basic standards adopted by the Bureau of Apprenticeship, United States Department of Labor, upon the recommendation of the Federal Committee on Apprenticeship.

(g) *State* means any state of the United States or the District of Columbia or any territory or possession of the United States.

### § 521.3 Standards of apprenticeship.

An apprenticeship program must conform with or substantially conform with the following standards of apprenticeship before the Administrator or his authorized representative will issue a special certificate authorizing employment of an apprentice under such program at wages lower than the minimum wages applicable under section 6 of the act:

---

[1] An individual employer participating in an apprenticeship program under the control and supervision of a joint apprenticeship committee may employ an apprentice under a temporary or special certificate issued to or held by such joint apprenticeship committee. However, it is the responsibility of the employer, and not of the joint apprenticeship committee, that such employment be in compliance with the regulations and with the certificate.

279

167-112 O—95—19

(a) Employment and training of the apprentice in a skilled trade. A skilled trade is an apprenticeable occupation which satisfies the criteria set forth in § 521.4.

(b) One year or more (2,000 or more hours) of work experience.

(c) A progressively increasing schedule of wages to be paid the apprentice which averages at least 50 percent of the journeyman's rate over the period of apprenticeship.

(d) A schedule of work processes or operations in which experience is to be given the apprentice on the job.

(e) Submission of the apprenticeship program and the apprenticeship agreement to the recognized apprenticeship agency for registration as provided in § 521.5.

(f) Joint agreement to the apprenticeship program by the employer and the bona fide bargaining agent, where a bargaining agent exists.

(g) An indication that the number of apprentices to be employed conforms to the needs and practices in the community.

(h) Adequate facilities for training and supervision of the apprentice and the keeping of appropriate records concerning his progress.

(i) Related instruction, if available. (144 hours a year is normally considered necessary. Related instruction means an organized and systematic form of instruction which is designed to provide the apprentice with knowledge of the theoretical and technical subjects related to his trade. Such instruction may be given in a classroom, through correspondence courses, or other forms of self-study.)

(Sec. 11, 52 Stat. 1068; sec. 11, 75 Stat. 74; secs. 501, 602, 80 Stat. 843, 844 (29 U.S.C. 211))

[16 FR 8884, Sept. 1, 1951, as amended at 43 FR 12311, Mar. 24, 1978]

§ 521.4 Criteria for a skilled trade.

A skilled trade is an apprenticeable occupation which possesses all of the following characteristics:

(a) Is customarily learned in a practical way through training and work experience on the job.

(b) Is clearly identified and commonly recognized throughout an industry.

(c) Requires one year or more (2,000 or more hours) of work experience to learn.

(d) Requires related instruction to supplement the work experience (which instruction may be provided in accordance with § 521.3(i)).

(e) Is not merely a part of an apprenticeable occupation.

(f) Involves the development of skill sufficiently broad to be applicable in like occupations throughout an industry, rather than of restricted application to the products of any one company.

(g) Does not fall into any of the following categories:

(1) Selling, retailing, or similar occupations in the distributive field.

(2) Managerial occupations.

(3) Clerical occupations.

(4) Professional and semi-professional occupations (this category covers occupations for which entrance requirements customarily include education of college level).

(Sec. 11, 52 Stat. 1068; sec. 11, 75 Stat. 74; secs. 501, 602, 80 Stat. 843, 844 (29 U.S.C. 211))

[16 FR 8884, Sept. 1, 1951, as amended at 43 FR 12311, Mar. 24, 1978]

§ 521.5 Procedure for employment of an apprentice at subminimum wages.

(a) Before an apprentice may be employed at subminimum wages, the employer or joint apprenticeship committee shall submit or shall have submitted an apprenticeship program to the appropriate recognized apprenticeship agency for registration.

(b) An apprenticeship program which has been registered with a recognized apprenticeship agency shall constitute a temporary special certificate authorizing the employment of an apprentice at the wages and under the conditions specified in such program until a special certificate is issued or denied. This temporary authorization is, however, conditioned on the requirement that within 90 days from the beginning date of employment of the apprentice, the employer or the joint apprenticeship committee shall satisfy all the following requirements: (1) Enter into an apprenticeship agreement with each apprentice, (2) submit the agreement to the recognized apprenticeship agency

for registration, and (3) send one true copy of the apprenticeship agreement, with evidence of registration, to the appropriate Regional Office of the Wage and Hour Division, United States Department of Labor: Provided, however, That the Administrator or his authorized representative has not previously notified the employer or joint apprenticeship committee of disapproval of a registered apprenticeship agreement for the same or similar trade or trades as not conforming or substantially conforming with the standards of apprenticeship set forth in § 521.3.

(c) If the agreement submitted to the Wage and Hour Division has not been registered, it should be accompanied by an explanation of the efforts made to have the agreement registered and the reasons, if any, given by the recognized apprenticeship agency for not registering it.

[16 FR 8984, Sept. 1, 1951, as amended at 17 FR 1995, Mar. 7, 1952; 23 FR 5215, July 9, 1958]

§ 521.6 Issuance of special certificates.

(a) If the apprenticeship agreement and other available information indicate that the requirements of § 521.3 and the other requirements of this part are satisfied the Administrator or his authorized representative shall issue a special certificate in accordance with § 521.1. Otherwise he shall deny the special certificates.

(b) The special certificate, if issued, shall be mailed to the employer or the joint apprenticeship committee and a copy shall be mailed to the apprentice. If a special certificate is denied, the employer or the joint apprenticeship committee, the apprentice and the recognized apprenticeship agency shall be given written notice of the denial. The employer shall pay the apprentice the minimum wage applicable under section 6 of the Act from the date of receipt of notice of such denial.

(c) A special certificate will not be issued where there are serious outstanding violations involving the employee whom an apprentice certificate is being requested, or where there are any serious outstanding violations of a certificate previously issued, or where there have been any serious violations of the Act which provide reasonable grounds to conclude that the terms of a certificate may not be complied with, if issued.

[20 FR 5972, Aug. 17, 1955]

§ 521.7 Terms of special certificates.

(a) Each special certificate shall specify the conditions and limitations under which it is granted, including the name of the apprentice, the skilled trade in which he is to be employed, the subminimum wage rates and the periods of time during which such wage rates may be paid.

(b) The terms of any special certificate, including the wages specified therein, may be amended for cause.

§ 521.8 Records.

(a) Every employer who employs an apprentice under this part must keep the records called for under the recordkeeping regulations part 516 of this chapter, including designation of apprentices on the payroll. In addition, every employer who employs apprentices under temporary or special certificates issued to or held by such employer shall preserve the apprenticeship program, apprenticeship agreement and special certificate under which such apprentice is employed.

(b) Every joint apprenticeship committee which holds a certificate under this part shall keep the following records for each apprentice under its control and supervision:

(1) The apprenticeship program, apprenticeship agreement and special certificate under which the apprentice is employed by an employer.

(2) The cumulative amount of work experience gained by the apprentice, in order to establish the proper wage at the time of his assignment to an employer; and

(3) A list of the employers to whom the apprentice was assigned and the period of time he worked for each employer.

(c) The records required by paragraphs (a) and (b) of this section shall be maintained and preserved for at least three years from the termination of the apprenticeship. Such records shall be kept safe and accessible at the place or places of employment or at the place or places where such records are customarily maintained. All records

shall be open at any time to inspection and transcription by the Administrator or his authorized representative.

§ 521.9  Amendment of this part.

The Administrator may at any time upon his own motion or upon written request of any interested person setting forth reasonable grounds therefor, and after opportunity has been given to interested persons to present their views, amend or revoke any of the terms of this part.

[22 FR 5683, July 18, 1957]

§ 521.10  Investigation and hearings.

The Administrator or his authorized representative may conduct an investigation, which may include a hearing, prior to issuing or denying an application for a special certificate. To the extent he deems appropriate, the Administrator or his authorized representative may provide an opportunity to other interested persons to present data and views on the application prior to granting or denying an apprentice certificate.

[24 FR 204, Jan. 8, 1959]

§ 521.11  Reconsideration and review.

(a) Any person aggrieved by the action of an authorized representative of the Administrator in denying or granting a special certificate may, within 15 days after such action, (1) File a written request for reconsideration thereof by the authorized representative of the Administrator who made the decision in the first instance, or (2) file a written request for review of the decision by the Administrator or an authorized representative who has taken no part in the action which is the subject of review.

(b) A request for reconsideration shall be accompanied by a statement of the additional evidence which the applicant believes may materially affect the decision together with a showing that there were reasonable grounds for failure to present such evidence in the original proceedings.

(c) Any person aggrieved by the action of an authorized representative of the Administrator in denying a request for reconsideration may, within 15 days thereafter, file with the Administrator a written request for review.

(d) Any person aggrieved by the reconsidered determination of an authorized representative of the Administrator may within 15 days after such determination file with the Administrator a written request for review.

(e) A request for review shall be granted where reasonable grounds for the review are set forth in the request.

(f) If a request for reconsideration or review is granted, the Administrator or his authorized representative may, to the extent he deems it appropriate, afford other interested persons an opportunity to present data and views.

[20 FR 5972, Aug. 17, 1955, as amended at 22 FR 5683, July 18, 1957; 24 FR 204, Jan. 8, 1959]

# PART 522—EMPLOYMENT OF LEARNERS

GENERAL REGULATIONS

Sec.
522.1  Applicability of regulations contained in this part.
522.2  Definitions.
522.3  Application for a learner certificate.
522.4  Procedure for action upon an application.
522.5  Conditions governing issuance of a learner certificate.
522.6  Terms and conditions of employment under learner certificates.
522.7  Employment records to be kept.
522.8  Amendment or replacement of a learner certificate.
522.9  Reconsideration and review.
522.10  Supplemental industry regulations.
522.11  Amendment or revocation of the regulations contained in this part.

EMPLOYMENT OF LEARNERS IN SPECIFIED INDUSTRIES

APPAREL INDUSTRY

522.20  Applicability of general learner regulations.
522.21  Applicability of §§ 522.20 to 522.25.
522.22  Number or proportion of learners.
522.23  Learner occupations and learning periods.
522.24  Special minimum wage rates.
522.25  General denial and restriction policies.

KNITTED WEAR INDUSTRY

522.30  Applicability of general learner regulations.
522.31  Applicability of §§ 522.30 to 522.35.
522.32  Number or proportion of learners.