IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**  Plaintiff,  v.  **PAUL HALL CENTER FOR MARITIME TRAINING AND EDUCATION**  and  **SEAFARERS INT'L UNION**  Defendants. | *  *  *  *  *  *  *  *  *  *   Civil Action No. MJG-02-CV-3192 |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### DEFENDANT'S NOTICE OF MANUAL FILING

Please take Notice that Defendant Paul Hall Center has manually filed the following document:

1. Exhibit 5: National Standards of Apprenticeship.

The above document is not being filed electronically because of the document's size. It is being manually served on all parties and manually sent to the Court for filing.

Dated:   June 12, 2003

Case 1:02-cv-03192-MJG   Document 25   Filed 06/12/2003   Page 2 of 2

2

By: /s/ Anthony W. Kraus
Kathleen Pontone (Bar No. 1225)
Anthony W. Kraus (Bar No. 2351)
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland  21202
(410) 727-6464

Counsel for Defendant,
Paul Hall Center