test document 06/17/03