IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| PAUL HALL CENTER FOR MARITIME TRAINING AND EDUCATION | * | Civil Action No. MJG-02-CV-3192 |
| | * | |
| and | * | |
| SEAFARERS INT'L UNION | * | |
| Defendants. | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## STIPULATION REGARDING DISCOVERY PROCEDURE

Defendant Paul Hall Center for Maritime Training and Education ("Paul Hall Center") and Plaintiff Equal Employment Opportunity Commission, by counsel, and pursuant to Rule 29 of the Federal Rules of Civil Procedure, stipulate that the deadline by which Paul Hall Center must respond to Plaintiff's discovery requests is extended until August 11, 2003. By agreement, Paul Hall Center will provide responses to interrogatories, requests for production, and requests for admission on or before August 11, 2003. The parties represent that this extension of the time provided in Rules 33, 34, and 36 for responses will not interfere with any time set for the completion of discovery, hearing of a motion, or for trial.

   /s/ Maria Salacuse
Maria Salacuse, Esquire
Gwendolyn Young Reams, Esquire
Equal Employment Opportunity Commission
Baltimore District Office
10 South Howard Street, 3rd Floor
Baltimore, Maryland 21201
(signed by Kathleen Pontone with
permission of Maria Salacuse)

*Counsel for Plaintiff,*
*Equal Employment Opportunity Commission*


   /s/ Kathleen Pontone
Kathleen Pontone (Bar No. 1225)
Anthony W. Kraus (Bar No. 2351)
Christian Simpson (Bar No. 26964)
Miles & Stockbridge PC
10 Light Street
Baltimore, Maryland 21202

Deborah Kleinberg (Of Counsel)

*Counsel for Defendant,*
*Paul Hall Center*