# Piper Rudnick

6225 Smith Avenue
Baltimore, Maryland 21209-3600
main 410-580-3000  fax 410-580-3001

PAUL A. MALLOS
paul.mallos@piperrudnick.com
direct 410-580-4202  fax 410-580-3202

July 8, 2003

VIA ELECTRONIC FILING

The Honorable Marvin J. Garbis
United States District Court
For the District of Baltimore
101 W. Lombard St.
Baltimore, MD 21201

Re:   Equal Employment Opportunity Commission v.
      Paul Hall Center for Maritime Training and Education, *et al.*
      *Civil Action No.: MJG-02-3192*

Dear Judge Garbis:

Pursuant to our telephone conference this morning, Seafarer's International Union and the Equal Employment Opportunity Commission submit the attached proposed Order of Stay.

Sincerely,

Paul A. Mallos

PAM/js
Enclosure

cc:   Maria Salacuse, Esquire
      Kathleen Pontone, Esquire