IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>             Plaintiff<br><br>      v.<br><br>PAUL HALL CENTER FOR MARITIME TRAINING AND EDUCATION, et al.<br><br>             Defendants | Civil Action No.: MJG-02-3192 |

**ORDER OF STAY**

Upon consideration of Plaintiff Equal Employment Opportunity Commission and Defendant Seafarers International Union's proposed order of stay, it is by the Court this ____ day of July, 2003, for good cause shown,

1.      ORDERED that the instant action, Civil Action No. MJG-02-3192, is stayed with respect to Seafarers International Union on the condition that that Seafarers International Union shall guarantee the payment of any judgment obtained against Defendant Paul Hall Center for Maritime Training and Education in this case; and it is further;

2.      ORDERED that notwithstanding this stay, in the event the Court certifies an interlocutory appeal, Seafarers International Union may file its own appellate brief; and it is further

3.      ORDERED that in the event the interlocutory appeal is successful and the Seafarers International Union is dismissed from the action, Seafarers International Union will no

longer serve as guarantor of any monetary judgment against the Defendant Paul Hall Center for Maritime Training and Education; and it is further

    4.    ORDERED that notwithstanding the success of an interlocutory appeal on the issue of whether apprenticeship programs are covered by the Age Discrimination in Employment Act, the Equal Employment Opportunity Commission may still attempt to pursue liability against Seafarers International Union on some other basis.

_____
The Honorable Marvin J. Garbis
United States District Court Judge