IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EQUAL EMPLOYMENT OPPORTUNITY       *
COMMISSION
                                   *
        Plaintiff
                                   *
        vs.                          CIVIL ACTION NO. MJG-02-3192
                                   *
PAUL HALL CENTER FOR MARITIME
TRAINING AND EDUCATION, et al.     *

        Defendants                 *

*       *       *       *       *       *       *       *       *

## MEMORANDUM AND ORDER

The Court has before it Plaintiff's Motion to Strike [Paper 22] and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

The matters addressed in Defendant Hall's June 4, 2003 submission have been resolved by the Certification Order [Paper 31]. There is no necessity to strike the document.

For the foregoing reasons:

1. Plaintiff's Motion to Strike [Paper 22] is DENIED.

2. The instant Order does not address any issues raised in the aforesaid June 4, 2003 submission.

SO ORDERED, on Tuesday, 2 September, 2003.

           _____/ s /_____
              Marvin J. Garbis
           United States District Judge