IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * | |
| | * | |
| Plaintiff, | | |
| | * | |
| v. | | |
| | * | |
| PAUL HALL CENTER FOR MARITIME TRAINING AND EDUCATION | * | Civil Action No. MJG-02-CV-3192 |
| | * | |
| and | | |
| | * | |
| SEAFARERS INT'L UNION | | |
| | * | |
| Defendants. | | |
| | * | |

*     *     *     *     *     *     *     *     *     *     *     *     *

**ENTRY OF APPEARANCE**

Please enter the appearance of Christian Levine Simpson, Esquire of Miles &

Stockbridge P.C. as counsel for Defendant Paul Hall Center for Maritime Training and

Education in the above-captioned case.

Dated:  September 4, 2003

MILES & STOCKBRIDGE P.C.

By:              /s/
         Christian Levine Simpson (Bar No. 26964)
         Miles & Stockbridge P.C.
         10 Light Street
         Baltimore, Maryland  21202
         (410) 727-6464

         Counsel for Defendant,
         Paul Hall Center for Maritime
         Training and Education