IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * |
| | * |
| Plaintiff, | |
| | * |
| v. | Civil Action No. MJG-02-CV-3192 |
| | * |
| PAUL HALL CENTER FOR MARITIME TRAINING AND EDUCATION et al. | * |
| | * |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Motion of Defendant Paul Hall for Leave to Amend its Answer, the memorandum in support thereof, and any opposition thereto,

IT IS HEREBY ORDERED, this _____ day of _____, 2003, that leave to amend is granted and that the amended answer shall be deemed have been filed on the date of filing of defendant's motion for leave.

_____
The Honorable Marvin J. Garbis
United States District Court Judge