UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) <br> COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) Civil Action No. <br> ) MJG-02-CV-3192 <br> PAUL HALL CENTER FOR MARITIME ) <br> TRAINING & EDUCATION, et. al., ) <br> ) <br> Defendants. ) <br> ) | |

STIPULATION BY THE PARTIES PURSUANT TO F.R.A.P. RULE 11(f)
CONCERNING PARTIAL RETENTION IN THE DISTRICT COURT
OF RECORD ON APPEAL

Counsel for the parties hereby stipulate pursuant to Rule 11(f), F.R.A.P. that for purposes of the pending appeals in this matter, currently docketed in the United States Court of Appeals for the Fourth Circuit as 03-2057 and 03-2058, only the following portions of the record, as previously designated in Judge Garbis's August 1, 2003 Certification Order Pursuant to 28 U.S.C. § 1292(b), along with the Certification Order itself (Doc. 31) need be forwarded to the Fourth Circuit as the record in this case and that the remainder should be retained in the district court subject to call by the Fourth Circuit or request by a party:

| | | |
|---|---|---|
| Doc No. 1. | Complaint and Exhibits |
| Doc No. 3. | Motion with Memorandum in Support by Paul Hall Center to Dismiss Paul Center for Maritime Training and Education |
| Doc. No. 4. | Motion with Memorandum in Support by Seafarers to Dismiss Plaintiff's Complaint and Exhibits 1, 2, and 3 |
| Doc. No. 5 | Response by EEOC in Opposition to Motion to Dismiss Plaintiff's Complaint by Seafarers, Motion to Dismiss Paul Hall Center for Maritime Training and Education by Paul Hall Center |
| Doc. No. 7 | Reply by Seafarers to Response to Motion to Dismiss Plaintiff's Complaint by Seafarers and Exhibit 1 |

| | | |
|---|---|---|
| Doc. No. 8 | | Reply by Paul Hall Center to Response to Motion to Dismiss Paul Hall Center for Maritime Training and Education by Paul Hall Center and Exhibits 1-4 |
| Doc. No. 15 | | Surreply by EEOC to Motion to Dismiss Paul Hall Center for Maritime Training and Education by Paul Hall Center |
| Doc. No. 16 | | Response by Paul Hall Center to Surreply by EEOC and Exhibits A and B. |
| Doc. No. 17 | | Memorandum and Order denying Motion of Paul Hall Center to Dismiss, denying Motion of Seafarers International to Dismiss; Directing Plaintiff by 5/16/03 to arrange a conference with the Court. |
| Doc. No. 18 | | Answer to Complaint by Paul Hall Center for Maritime Training and Education |
| Doc. No. 19 | | Answer to Complaint by Seafarers International Union |
| Doc. No. 20 | | Order in accordance with the proceedings held in this matter on this date of 5/15/03 |
| Doc. No. 24 | | Correspondence re: Clarification and Possible Modification of Scheduling Order and Exhibits 1 to 6. |
| Doc. No. 30 | | Order of Stay |
| Doc. No. 31 | | Certification Order Pursuant to 28 U.S.C. Sec 1292(b) |

These documents comprising the record are designated on the excerpt from Judge Garbis's order attached hereto. The documents to be retained in the district court are Nos. 2, 6, 9-14, 21-23, 25-29, and 32-36.

AGREED AND CONSENTED BY:

FOR PLAINTIFF:

      /s/
Maria Salacuse, Esq.  (Bar No. 15562)
(signed by Anthony W. Kraus with permission of Maria Salacuse)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
10 S. Howard Street
3rd Floor
Baltimore, Maryland 21201

FOR DEFENDANTS:

      /s/
Anthony W. Kraus (Bar No. 2351)
Counsel for Paul Hall Center
MILES & STROCKBRIDGE, PC
10 Light Street Baltimore, Maryland 21202
Baltimore, Maryland 21202

      /s/
(signed by Anthony W. Kraus with permission of Theresa M. Connolly)
Theresa M. Connolly (Bar No. 023780)
Counsel for Seafarers International Union
PIPER RUDNICK, LLP
1775 Whiele Avenue
Reston, Virginia 20190