DISCUSSION

It is the opinion of this Court that the Court's Memorandum and Order of April 30, 2003 involves a controlling question of law as to which there are substantial grounds for difference of opinion and that an immediate appeal from the said Order may materially advance the ultimate termination of the litigation.

The issue presented is a question of law, which can be answered on the facts as pleaded by Plaintiff.  The question is a controlling question because it is determinative as to whether this case shall be dismissed or shall proceed.

The appellate court should accept this interlocutory appeal to resolve the important issue presented and to enable the district court and the parties to avoid possibly unnecessary further proceedings.

RECORD SUBMITTED

Without restricting the United States Court of Appeals for the Fourth Circuit from obtaining additional documents from the Clerk, the record on appeal shall include the following:

    Doc. No. 1    Complaint and Exhibits

    Doc. No. 3    Motion with Memorandum in Support by Paul Hall Center to Dismiss Paul Hall Center for Maritime Training and Education

| | |
|---|---|
| Doc. No. 4 | Motion with Memorandum in Support by Seafarers to Dismiss Plaintiff's Complaint and Exhibits 1,2, and 3 |
| Doc. No. 5 | Response by EEOC in Opposition to Motion to Dismiss Plaintiff's Complaint by Seafarers, Motion to Dismiss Paul Hall Center for Maritime Training and Education by Paul Hall Center |
| Doc. No. 7 | Reply by Seafarers to Response to Motion to Dismiss Plaintiff's Complaint by Seafarers and Exhibit 1 |
| Doc. No. 8 | Reply by Paul Hall Center to Response to Motion to Dismiss Paul Hall Center for Maritime Training and Education by Paul Hall Center and Exhibits 1-4 |
| Doc. No. 15 | Surreply by EEOC to Motion to Dismiss Paul Hall Center for Maritime Training and Education by Paul Hall Center |
| Doc. No. 16 | Response by Paul Hall Center to Surreply by EEOC and Exhibits A and B |
| Doc. No. 17 | Memorandum and Order denying Motion of Paul Hall Center to Dismiss, denying Motion of Seafarers International to Dismiss; Directing Plaintiff by 5/16/03 to arrange a conference with the Court. |
| Doc. No. 18 | Answer to Complaint by Paul Hall Center for Maritime Training and Education |
| Doc. No. 19 | Answer to Complaint by Seafarers International Union |
| Doc. No. 20 | Order in accordance with the proceedings held in this matter on this date on 5/15/03 |
| Doc. No. 24 | Correspondence re: Clarification and possible Modification of Scheduling Order and Exhibits 1 to 6 |
| Doc. No. 30 | Order to Stay |

4