UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. MJG-02-CV-3192 |
| PAUL HALL CENTER FOR MARITIME TRAINING & EDUCATION, et. al. ) ) ) ) | |
| Defendants. ) ) | |

## STIPULATION REGARDING DISCOVERY

Pursuant to Rule 29 of the Federal Rules of Civil Procedure, Plaintiff Equal Employment Opportunity Commission (EEOC) and Defendant Paul Hall Center for Maritime Training and Education (Paul Hall Center) stipulate to an extension of the deadline by which EEOC must respond to Paul Hall Center's August 22, 2003 discovery requests. By agreement, EEOC will provide responses to Paul Hall Center's First Requests for Production of Documents Nos. 1-7 and 10-15 and to Paul Hall Center's First Set of Interrogatories Nos.1-8 on or before October 27, 2003.

The parties represent that this extension of the time provided in Rules 33 and 34 for responses will not interfere with any time set for the completion of discovery, hearing of a motion, or for trial.

AGREED AND CONSENTED BY:

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| /s/ | /s/ |
| Maria Salacuse, Esq.  (Bar No. 15562) | Kathleen Pontone (Bar No. 1225) |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | (signed by Maria Salacuse with permission o of Kathleen Pontone) |
| 10 S. Howard Street | MILES & STROCKBRIDGE, PC |
| 3rd Floor | 10 Light Street Baltimore, Maryland 21202 |
| Baltimore, Maryland  21201 | Baltimore, Maryland 21202 |