UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. MJG-02-CV-3192 |
| PAUL HALL CENTER FOR MARITIME TRAINING & EDUCATION, et. al. | ) ) ) ) | |
| Defendants. | ) ) | |

PLAINTIFF'S RESPONSE TO DEFENDANT PAUL HALL CENTER'S
MOTION AND MEMORANDUM FOR LEAVE TO AMEND ANSWER

Plaintiff Equal Employment Opportunity Commission is in receipt of Defendant Paul Hall Center's September 10, 2003, Motion and Memorandum for Leave to Amend Answer which seeks the Court's approval to amend Defendant's answer to include four new defenses.

Plaintiff is quite surprised by Defendant's newly asserted defense that age is a bona fide occupational qualification for employment in its Unlicensed Apprentice Program. Defendant failed to raise such an affirmative defense during the Commission's year and a half investigation. More importantly, Defendant has represented to this Court that it has lifted its prior age limitation and is accepting applicants regardless of age. *See* Defendant's October 30, 2002, Memorandum in Support of Motion to Dismiss, p. 3. Defendant has also invited applicants who were previously rejected because of their age to reapply. Due to the inherent contradictions between Defendant's current hiring practice and its newly asserted bona fide occupational

qualification defense, there is a strong likelihood that jury will be confused. Nevertheless, the Commission does not appear to be prejudiced by Defendant's Motion to Amend and stands ready to litigate these newly asserted defenses raised by Defendant.

Respectfully submitted,

ERIC S. DREIBAND
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

GERALD S. KIEL
Regional Attorney

DEBRA M. LAWRENCE
Supervisory Trial Attorney

_____/s/_____
MARIA SALACUSE
Trial Attorney
Bar No. 15562

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
10 S. Howard Street, 3rd Floor
Baltimore, Maryland  21201
(410) 962-4341 (phone)
(410) 962-4270 (fax)