

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY  )
COMMISSION,                    )
                               )
        Plaintiff,             )
                               )
    v.                         )   Civil Action No.
                               )   MJG-02-CV-3192
PAUL HALL CENTER FOR MARITIME  )
TRAINING & EDUCATION, et. al.  )
                               )
        Defendants.            )
                               )

## STIPULATION REGARDING DISCOVERY

Pursuant to Rule 29 of the Federal Rules of Civil Procedure, Plaintiff Equal Employment Opportunity Commission (EEOC) and Defendant Paul Hall Center for Maritime Training and Education (Paul Hall Center) stipulate to an extension of the deadline by which EEOC must respond to Paul Hall Center's August 22, 2003 discovery requests. By agreement, EEOC will provide responses to Paul Hall Center's First Requests for Production of Documents Nos. 1-7 and 10-15 and to Paul Hall Center's First Set of Interrogatories Nos.1-8 on or before October 27, 2003

The parties represent that this extension of the time provided in Rules 33 and 34 for responses will not interfere with any time set for the completion of discovery, hearing of a motion, or for trial

1

AGREED AND CONSENTED BY

FOR PLAINTIFF:

/s/
Maria Salacuse, Esq.  (Bar No. 15562)
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
10 S. Howard Street
3rd Floor
Baltimore, Maryland  21201

FOR DEFENDANT:

/s/
Kathleen Pontone (Bar No. 1225)
(signed by Maria Salacuse with permission o
of Kathleen Pontone)
MILES & STROCKBRIDGE, PC
10 Light Street Baltimore, Maryland 21202
Baltimore, Maryland 21202


SO ORDERED, on Wednesday, 24 September, 2003.

/s/
Marvin J. Garbis
United States District Judge

2