UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) | Civil Action No. MJG-02-CV-3192 |
| PAUL HALL CENTER FOR MARITIME TRAINING & EDUCATION, et. al. ) ) ) ) | |
| Defendants. ) ) | |

JOINT MOTION FOR STAY OF ADDITIONAL DISCOVERY
& FILING OF DISPOSITIVE MOTIONS PENDING
FOURTH CIRCUIT INTERLOCUTORY APPEAL

NOW COME Plaintiff Equal Employment Opportunity Commission and Defendant Paul Hall Center for Maritime Training & Education and respectfully move this Court for a stay of all additional discovery and the filing of dispositive motions. In support of this Motion, the parties submit the following:

1. In light of the Fourth Circuit's September 8, 2003 Order granting the Defendants' petition to pursue an interlocutory appeal in the above-referenced case, the parties now find themselves in a different posture than they did previously. Conducting additional discovery in a case which could ultimately be affected by the Fourth Circuit's ruling concerning the coverage of apprenticeship programs under the Age Discrimination in Employment Act of 1967, as amended, will be costly and time-consuming to the parties.

2. Additional discovery could lead to discovery disputes which require the Court's assistance.

3. A stay on additional written discovery, depositions, and dispositive motions will serve the interests of the Court and all parties involved.

4. A proposed Order is attached hereto.

Respectfully Submitted,

/s/
Maria Salacuse, Esq.  (Bar No. 15562)
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
10 S. Howard Street, 3rd Floor
Baltimore, Maryland  21201


/s/
Kathleen Pontone (Bar No. 1225)
(signed by Maria Salacuse with permission of Kathleen Pontone)
Counsel for Paul Hall Center
MILES & STROCKBRIDGE, PC
10 Light Street Baltimore, Maryland 21202
Baltimore, Maryland 21202