UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) PAUL HALL CENTER FOR MARITIME ) TRAINING & EDUCATION, et. al. ) ) Defendants. ) ) | Civil Action No. MJG-02-CV-3192 |

ORDER

_____ The parties' Joint Motion For Stay Of Additional Discovery & Filing of Dispositive Motions Pending Fourth Circuit Interlocutory Appeal in the above-captioned case is hereby GRANTED.

_____ SO ORDERED this \_\_\_\_\_ day of _____, 2003.

Marvin J. Garbis
United States District Judge