FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

2003 OCT -9  P 3: 24

CLERK'S OFFICE
AT BALTIMORE

_____DEPUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>PAUL HALL CENTER FOR MARITIME TRAINING & EDUCATION, et. al.  )<br><br>Defendants.  ) | Civil Action No.<br>MJG-02-CV-3192 |

## ORDER

The parties' Joint Motion For Stay Of Additional Discovery & Filing of Dispositive Motions Pending Fourth Circuit Interlocutory Appeal in the above-captioned case is hereby **GRANTED**.

SO ORDERED this 9th day of October, 2003.

Marvin J. Garbis
United States District Judge

