UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. MJG-02-CV-3192 |
| PAUL HALL CENTER FOR MARITIME TRAINING & EDUCATION, et. al. ) ) ) ) | |
| Defendants. ) ) | |

## ORDER

The parties' Joint Motion For Stay Of Additional Discovery & Filing of Dispositive Motions Pending Fourth Circuit Interlocutory Appeal in the above-captioned case is hereby **GRANTED**.

SO ORDERED this 15 day of October 2003.

/s/
Marvin J. Garbis
United States District Judge