

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Baltimore District Office**

10 S. Howard Street, 3rd Floor
Baltimore, MD 21201
PH: (410) 962-3932
TDD: (410) 962-6065
FAX: (410) 962-4270
EEOC Web Site: www.eeoc.gov

January 14, 2005

The Honorable Marvin J. Garbis
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

> Re:   EEOC v. Paul Hall Center, *et al.*
>        Civil Action No. MJG-02-3192

Dear Judge Garbis:

In view of the Fourth Circuit's January 7, 2005 Order affirming your denial of Defendants' motions to dismiss and remanding the case, Plaintiff respectfully requests that a teleconference be scheduled with the parties to discuss further proceedings in this case.

Respectfully submitted,

/s/
Maria Salacuse, Esq.  (Bar No. 15562)
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
10 S. Howard Street, 3rd Floor
Baltimore, Maryland  21201