FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

p 3 38

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. MJG-02-CV-3192 |
| PAUL HALL CENTER FOR MARITIME TRAINING AND EDUCATION et al. | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion of Defendant Paul Hall for Leave to Amend its Answer, the memorandum in support thereof, and any opposition thereto,

IT IS HEREBY ORDERED, this __9th__ day of __February__, 2005, that leave to amend is granted and that the amended answer shall be deemed have been filed on the date of filing of defendant's motion for leave.

___/s/___
The Honorable Marvin J. Garbis
United States District Court Judge