**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Baltimore District Office**

10 S. Howard Street, 3rd Floor
Baltimore, MD 21201
PH: (410) 962-3932
TDD: (410) 962-6065
FAX: (410) 962-4270
EEOC Web Site: www.eeoc.gov

February 15, 2005

The Honorable Marvin J. Garbis
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

    Re:    EEOC v. Paul Hall Center, *et al.*
            Civil Action No. MJG-02-3192

Dear Judge Garbis:

    Pursuant to our teleconference on February 8, 2005, attached is a proposed Scheduling Order for the above-referenced case. The Order has been approved by all parties.

                              Respectfully submitted,

                              _____/s/_____
                              Maria Salacuse, Esq.  (Bar No. 15562)
                              EQUAL EMPLOYMENT
                              OPPORTUNITY COMMISSION
                              10 S. Howard Street, 3rd Floor
                              Baltimore, Maryland  21201