UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. MJG-02-CV-3192 |
| PAUL HALL CENTER FOR MARITIME TRAINING & EDUCATION, et. al. ) ) ) | |
| Defendants. ) ) | |

## ORDER

In accordance with the proceedings held in this matter on February 8, 2005:

1. The stay against the Union shall be lifted to allow Plaintiff Equal Employment Opportunity Commission the opportunity to obtain discoverable information pertaining to its claim for damages.

2. Factual discovery shall be completed by December 30, 2005.

3. Plaintiff shall designate its experts by October 31, 2005.

4. Defendant shall designate its experts by November 30, 2005.

5. Expert discovery shall be completed by March 31, 2006.

6. Any summary judgment motions shall be filed by April 28, 2006.

SO ORDERED, on this _____ day of _____, 2005.

_____
Marvin J. Garbis
United States District Judge