UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY                )
    COMMISSION,                                           )

        Plaintiff,                                                    )

        v.                                                                  )        Civil Action No.
                                                   MJG-02-CV-3192

PAUL HALL CENTER FOR MARITIME
TRAINING & EDUCATION, et. al.                    )

        Defendants.

## ORDER

In accordance with the proceedings held in this matter on February 8, 2005

1      The stay against the Union shall be lifted to allow Plaintiff Equal Employment

          Opportunity Commission the opportunity to obtain discoverable information

          pertaining to its claim for damages.

2      Factual discovery shall be completed by December 30, 2005.

3      Plaintiff shall designate its experts by October 31, 2005

4      Defendant shall designate its experts by November 30, 2005

5      Expert discovery shall be completed by March 31, 2006.

6      Any summary judgment motions shall be filed by April 28, 2006.

SO ORDERED, on this __15th__ day of __February__ 2005

_____ /s/ _____
Marvin J. Garbis
United States District Judge