UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PAUL HALL CENTER FOR MARITIME TRAINING & EDUCATION, et. al.<br><br>Defendants. | Civil Action No.<br>MJG-02-CV-3192 |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 28th of February, 2005, a copy of Defendant's Motion to Compel Further Responses to Requests for Production of Documents and Answers to Interrogatories and memorandum in support thereof was sent via first-class mail, postage prepaid, to:

Maria Salacuse, Esq.
Equal Employment Opportunity Commission
10 S. Howard Street
3rd Floor
Baltimore, Maryland 21201

Theresa M. Connolly, Esq.
Piper Rudnick Gray Cary
1775 Wiehle Avenue, Suite 400
Reston, VA 20190-5159

Paul A. Mallos, Esq.
Piper Rudnik Gray Cary
6225 Smith Avenue
Baltimore, MD 21209

                Respectfully submitted,

                _____/s/_____
                Kathleen Pontone (Bar No. 1225)
                Anthony W. Kraus (Bar No. 2351)
                Miles & Stockbridge P.C.
                10 Light Street
                Baltimore, Maryland 21202
                (410) 727-6464

                Counsel for Defendant
                Paul Hall Center