UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PAUL HALL CENTER FOR MARITIME TRAINING & EDUCATION, et. al.<br><br>Defendants. | Civil Action No.<br>MJG-02-CV-3192 |

**DEFENDANT'S MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES**

Defendant Paul Hall Center for Maritime Training & Education ("the Center"), by undersigned counsel, hereby moves for an order pursuant to Rule 37, F.R.C.P., compelling further responses to Defendant's First Requests for Production of Documents and First Set of Interrogatories. Those discovery requests were served by defendant on August 22, 2003. Pursuant to agreement between the parties, the written responses to those requests were served by EEOC on October 27, 2003, at which time further discovery activity had been stayed in this case in view of defendants' interlocutory appeal. Discovery was recently resumed pursuant to the Court's scheduling order of February 16, 2004.

The specific discovery requests in issue, responses thereto, and reasons for the insufficiency of those responses are set forth in the accompanying memorandum in support.

Respectfully submitted,

/s/
_____
Kathleen Pontone (Bar No. 1225)
Anthony W. Kraus (Bar No. 2351)
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Counsel for Defendant
Paul Hall Center