NOTICE OF ISSUANCE OF MANDATE

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

March 1, 2005

MANDATE

TO: Clerk, District Court/Agency

FROM: Sarah A. Carmichael
       Deputy Clerk

RE: 03-2057 EEOC v. Seafarers Intl Union
    CA-02-3192-MJG
    03-2058 EEOC v. Paul Hall Center
    CA-02-3192-MJG

HEREWITH IS THE MANDATE OF THIS COURT, ISSUED THIS DATE,
ON THE JUDGMENT ENTERED BY THE COURT ON 1/7/05.

[ ] Order and Certified Copy of Judgment
[x] Opinion and Certified Copy of Judgment
[ ] Order on Costs
[ ] Order dismissing appeal R42(b) or Local Rule 45
[ ] Other: _____
[ ] The record has been retained for use in case number

cc: Paul Alexander Mallos
    Theresa Mannion Connolly
    Paul D. Ramshaw
    Christian L. Simpson
    Anthony Walter Kraus
    Kathleen Pontone