UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No.<br>) MJG-02-CV-3192 |
| PAUL HALL CENTER FOR MARITIME TRAINING & EDUCATION, et. al. | )<br>)<br>) |
| Defendants. | )<br>) |

NOTICE OF SERVICE OF OPPOSITION TO DEFENDANT
PAUL HALL'S MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS
FOR PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES

    The undersigned hereby provides notice that Plaintiff Equal Employment Opportunity Commission's Opposition to Defendant Paul Hall's Motion to Compel Further Responses to Requests for Production of Documents and Answers to Interrogatories was served upon counsel for Defendants via e-filing on this 9th day of March 2005.

    Respectfully submitted,

    /s/
MARIA SALACUSE
Trial Attorney
Federal Bar No. 15562
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
10 S. Howard Street, 3rd Floor
Baltimore, Maryland 21201
(410) 962-4341 (phone)
(410) 962-4270 (fax)