

**Paul Hall
Center for Maritime
Training and Education**

**Catalog 2000-2001**

2177

Apprentice Review Board. The Apprentice Review Board is comprised of a union representative, director of education, two staff members, chief boatswain and student council president. The review board can take action ranging from dismissal of charges to dropping the individual from training.

## Admissions Requirements & Procedures

Students must fulfill the following requirements in order to be accepted into the Unlicensed Apprentice Program. All applicants must:

1  Be of sound moral character;

2.  Be able to comply with the physical fitness standards for merchant mariners, as determined by the Seafarers Welfare Plan;

3.  Be between the ages of 18 and 25; or up to 30 with military service;

4.  Be able to meet all U.S. Coast Guard-established criteria for the issuance of a Merchant Mariner's Document;

5.  Pass a drug screening; and

6.  An applicant cannot be on any form of probation or parole.

If a student does not have a high school diploma or GED, the ability of that student to benefit from the program will be determined by scores earned on a standardized test.

Applications through the SIU port agents are accepted at various times throughout the year. Applications are reviewed, checked and evaluated by the admissions office, and the applicant is then notified of the results.

If an applicant is accepted, he/she will be notified of the starting date of the training program.

Additional information regarding the Unlicensed Apprentice Program may be obtained by writing to the admissions office or by calling toll-free 1 (877) 235-3275.

## Tuition

There is no tuition connected with attending the Unlicensed Apprentice Program. Upon reporting to the School, trainees are issued a complete set of regulation work clothes. The total cost to a student is approximately $580.00. Students must pay, two weeks before their arrival date, approximately $425.00 for their clothing and a new user fee of approximately $155.00 for a Coast Guard application. Once the



clothes are received, the clothing charge is non-refundable. Apprentices also are responsible for their transportation costs to the School.

## Bill of Student Rights

1.  The Paul Hall Center guarantees to each student the rights to free inquiry and expression or assembly, subject only to the requirements governing the use of grounds and facilities.

2.  Each student should be free to pursue his educational goals at the Seafarers School of Seamanship because it maintains appropriate opportunities and conditions for learning in the classroom and during on-the-job training.

3.  In the classroom, students have the right to express views pertinent to the subject matter. The instructors shall have authority over conduct in the classroom and judge subject matter relevancy.

4.  Each student shall have the right to expect and receive unprejudiced evaluations of his academic and vocational performances.

5.  Instructors, counselors and administrative staff who, in the course of their work acquire detailed personal information in confidence from their students, shall consider all such information to be strictly confidential. This information shall not be disclosed unless legally compelled to do so.

6.  The School guarantees that no official, administrator or faculty member shall transmit grades, records or transcripts of any kind to any person not affiliated with the School, without an authorized written request or permission from the student concerned.

7.  A student who feels he has been given extra duty or demerits unfairly or an excessive amount of either, and has witnesses to prove it, shall present the facts to the review board for consideration in extenuation or mitigation during the hearing.

8.  A student has the right to remain silent when charged with an offense or regulation violation that requires review board action until the case is presented before the review board. The student is only required to sign a statement acknowledging his awareness of the charges Self-incrimination is not required.

9.  A student has the right and must be present when his locker or personal property is being searched for suspected possession of an item considered to be illegal as defined under the Unlicensed Apprentice regulations The commandant of trainees will conduct the search in the presence of a boatswain and an impartial witness The witness should not be another boatswain or student authority. The commandant of trainees may authorize one of the trainee monitors to act on his behalf.

2193