## Unlicensed Apprentice Program Application

Name _____
        Last                            First                    Middle initial

Address _____
        Street                         City             State          Zip Code

Home phone _____ Social Security number _____ Date of birth _____

Are you currently on any form of probation or parole?    YES    or    NO

Have you ever been convicted of violating a dangerous drug law (including marijuana) of the United States, District of Columbia, or any sate or territory of the United States?    YES    or    NO

Have you ever been convicted by any court – including military court – for an offense other than a minor traffic violation? (Convicted means found guilty by judgment or by plea and includes cases of deferred adjudication [nolle contender, adjudication withheld, etc.] or where the court required you to attend classes, make contributions of time or money, receive treatment, submit to any manner of probation or supervision, or forgo appeal of a trial court finding. Expunged convictions must be reported unless the expunging was based upon a showing that the court's earlier conviction was in error.)    YES    or    NO

Have you ever been convicted of a traffic violation arising in connection with a fatal traffic accident, reckless driving or racing on the highway or operating a motor vehicle while under the influence of, or impaired by, alcohol or a controlled substance?    YES    or    NO

Have you ever had a driver's license revoked or suspended for refusing to submit to an alcohol or drug test?
YES    or    NO

Do you currently have a valid driver's license or are you eligible to receive a driver's license?
YES    or    NO

How did you first hear about the apprentice program?
NEWSPAPER        INTERNET        RADIO PERSONAL REFERENCE        OTHER

    The Seafarers Harry Lundeberg School of Seamanship at the Paul Hall Center for Maritime Training and Education is a private, non-profit, equal opportunity institution and admits students, who are otherwise qualified, of any race, nationality or sex. The school complies with applicable laws with regards to admissions, access, or treatment of students in its programs or activities.

Signature _____ Date _____

Please return this completed application to:
    Paul Hall Center
    Attn: Admissions
    PO Box 75
    Piney Point, MD 20674

Or fax the completed application to the school at (301) 994-2189

Questions may be directed to the admissions office at (301) 994-0010, extension 5342

Thank you for your interest. A school representative will contact you as soon as possible.

***ADMISSIONS** (office use only)*