Copyright 2001 The Baltimore Sun Company
All Rights Reserved
The Baltimore Sun

April 22, 2001 Sunday FINAL EDITION

SECTION: SPECIAL TAB, Pg. 1E

LENGTH: 1489 words

HEADLINE: Down to the sea in ships;
Careers: The Paul Hall Center for Maritime Training and Education trains new workers and helps veterans to upgrade their seagoing skills.

BYLINE: Sandy Alexander

SOURCE: SUN STAFF

DATELINE: PINEY POINT

BODY:
PINEY POINT - A man single-handedly rights an overturned life raft. A woman fights flames that reach the ceiling of a ship's engine room. A worker moves cargo with a crane on the deck of a ship rocking in high wind and waves.

It's a routine day at the Paul Hall Center for Maritime Training and Education in Southern Maryland.

The center, affiliated with the Seafarers International Union, has trained 21,000 new maritime workers since 1968 for careers at sea on container ships, military supply ships, tankers, tugboats, cruise ships and others. It has also helped more than 50,000 merchant seamen update their safety training and upgrade their skills for better jobs and better pay.

And while training for the most dangerous situations occurs in controlled environments - a 9-foot-deep pool, an ignitable ship mockup, a computerized crane simulator - the need for maritime training has never been more crucial.

"Technology and automation have taken over this industry so more training is required than ever before," says Vice President Don Nolan. "Right now, our school has more Coast Guard-approved courses than any other maritime school in the United States."

At one time, all someone needed to go to work on a ship was a letter from his new employer and approval from the Coast Guard. He would learn skills on the job. But advances in technology and new international regulations have made official training a key part of getting and advancing in a maritime job.

The Paul Hall Center was established to fill that need, relying on a close relationship between the union and maritime companies. The companies pay a training fee that goes to the center as part of their contracts with the union. Some companies then give additional funds to support efforts to teach the most up-to-date skills."(The center) is constantly changing to keep up with changes in the industry," says Bob Rogers, vice president of industrial relations for Interocean Ugland Management Corp., based in Voorhees, N.J., which manages operations on U.S. government-owned cargo and tanker ships.

The center's 60-acre campus about 100 miles south of Baltimore offers on-the-water training on St. George's Creek in St. Mary's County, with a high-tech approach to maritime instruction.

In one building, a ship simulator uses video screens surrounding a mock-up of a ship's bridge to let students practice navigation, radar operation and other skills on 25 types of ships in a range of waterways. Crane controls and a video screen re-create the experience of moving heavy cargo, while a real crane at the waterfront offers more hands-on practice.

Students can also use an engine department simulator or try a range of communication devices - from radios to Global Positioning Systems to emergency beacons - that are re-created on computer screens.

In 1999, the school completed a $2.5 million fire and safety school, in which students practice detailed firefighting scenarios, ranging from a simple galley stove that can be ignited to a scale model of a ship's engine room that can be filled with flames. Students rescue dummies from a smoke-filled, changeable maze of rooms and stairways resembling those of a ship.

Another section of the firefighting school has holes representing breaches in the hull along with broken pipes and valves - all of which gush water so students can learn to slow leaks and make repairs.

On average, 350 students are on campus for short upgrades and longer training sessions. Many of those are part of the center's entry-level program, called the unlicensed apprentice program.

Each month, about 25 new cadets arrive on the campus, generally ranging in age from 18 to 25. They begin with 12 weeks on campus learning basic seamanship, emergency operations and social and communication skills.

The cadets are assigned to working ships, spending one month in each of three duties: working in the engine room, preparing meals as a steward and working on the deck. Students then return to campus for 10 more weeks to learn the specifics of a chosen area.

The school does not charge for tuition or room and board. Students usually pay less than $1,000 to cover transportation, clothing and fees. When they have finished, they are guaranteed jobs.

Over time, maritime workers can earn from $3,000 to more than $10,000 per month depending on their qualifications, says Nolan. "Every single dime they make they put in their pocket," he adds, because living expenses are covered.

Billie Jean Gooch, 24, attended college in her hometown of Brunswick, Ga., but couldn't decide on a major. A friend told her about the Paul Hall Center, which usually has four to six female apprentices at any given time.

"Some things are a little physically challenging," says Gooch, who began as a cadet in February. But, she adds, "the time has gone by fast. Once you start, they keep you busy."

Says Gooch: "I was looking for a career with lots of opportunity. I hope I can see a lot of places, make a lot of money."

During their time there, cadets are not allowed to leave campus, and they do not get vacations. The program is quasi-military, meaning students wear uniforms, live in group dorms, learn to march and line up and engage in physical fitness activities.

"This instills pride and professionalism," says John Wiegman, assistant director of education. "Regardless of where you go, you have to have order and discipline."

During his training, which ended in mid-March, Emilio Abreu, 25, was charged with keeping his classmates in line as chief bosun.

"The classes are easy," says Abreu, of Queens, N.Y. "The hard part was training, learning how to march."

Still, he says he did not find it overly strict, explaining that cadets get several hours of free time each day to take advantage of the gym, arts and crafts, fishing and other activities on campus.

Incoming students need to meet Coast Guard requirements that include drug screening and a background check for felonies or drug convictions. They cannot be on probation or parole.

Within those guidelines, the school wants to help any candidate that shows potential.

"Lots of people that have made a lot for themselves came from real bad backgrounds," says Carl Peth, director of student services. "We don't ask you what you did before you got here. It doesn't matter. All we ask is that they go to work."

Military veterans can take advantage of a separate program that gives them credit for their experiences and offers additional training and testing to prepare them for careers as merchant seamen.

And while the bulk of training at the school is vocational, students have access to a small staff of academic instructors. More than 2,000 students have gotten their General Educational Development diploma since the program was founded, says Ed Fitzgerald, academic coordinator, while others have earned academic credits.

"We're here to provide the support required for students to get through the vocational programs," says Fitzgerald. But he adds that the program offers the opportunity to earn up to an associate's degree - "and they are highly encouraged."

The center is also a place for experienced maritime workers to improve their skills. Under new international regulations, maritime workers must update safety skills every five years and meet more stringent requirements to advance in their fields.

Employers welcome the school's formula of helping workers keep up-to-date and developing recruits for the maritime work force.

The Navy's Military Sea Lift Command, for one, is finding it more difficult to fill key positions on its ships, in part because of the good economy. Its ships are staffed by civilians but provide support and move cargo for military operations.

"Paul Hall Center graduates are skilled, and they are filling critical jobs in the maritime industry," says Marge Holtz, director of public affairs for the command. "We truly do see them as a partner."

In some cases, merchant seamen who start out at the center go on to become licensed officers, captains and chief engineers.

But some of those who enroll take a different approach. They might work on a ship for six months straight and take the other six months a year off. Some work for three or four years to earn a nest egg. Others want to see the world and then settle down.

Abreu is not sure how long he will be in the industry. For now, he likes the idea of traveling. Before deciding to switch to a career at sea, he had a job putting lettering on leather wedding albums.

"After three years there I was getting tired of doing the same thing," he says. "At least here you go to different places and meet new people."

Abreu says he enjoyed his training time at sea on an oil tanker between Tampa, Fla., and Texas. "There's no problems out there," he says. "You see flying fish and dolphins, things that relax your mind at night. You see stars."

GRAPHIC: Photo(s), 1. Tools of trade: Randy Hayme of Honolulu examines, equipment for use in an upgrade course for seamen at the Paul Hall, Center for   Maritime Training and Education.  Students learn, load-bearing qualities of each piece along with knots.; , 2. History: This World War II poster hangs in the library of the, Paul Hall

Center.; , 3. In formation: Dungarees are the uniform of the day for students at, the Paul Hall Center. Standing in the front row are Brandon Harold, (left) of Virginia Beach, Va., David James of Baltimore and John Herr, of Charleston, W. Va. Shedred Reed of Mobile, Ala., is in back.; , 4. Training area: Robert "Puggy" Russell inspects a practice facility, before training is held on fighting fires in the engine room of a, ship. The controlled flames are propane-based.; , 5. Officials: Don Nolan (foreground), vice president of the Paul, Hall Center, stands with John Wiegman, the assistant director of, education. ; , 6. Heavy cargo: Students receive hands-on training on how to operate, a crane to move large pieces of equipment from a ship to the dock., The training is taking place on St. George's Creek., JED KIRSCHBAUM : SUN STAFF PHOTOS

LOAD-DATE: April 25, 2001