IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> PAUL HALL CENTER FOR MARITIME TRAINING AND EDUCATION, ET AL. <br><br> Defendants. | Civil Action No. MJG 02 CV 3192 <br><br><br> (Previous No.: MJG-02-2461) |

**JOINT MOTION TO STAY DISCOVERY
FOR 30 DAYS PENDING SETTLEMENT DISCUSSIONS**

Plaintiff, Equal Employment Opportunity Commission and Defendants Paul Hall Center for Maritime Training and Education and the Seafarers International Union, by and through their undersigned counsel, hereby move this Court pursuant to the Federal Rules of Civil Procedure for a 30-day stay of discovery in order to permit the parties to engage in settlement discussions. The parties make this motion for the following reasons:

1.  The parties are currently exploring whether settlement of this case is possible at this time.

2.  A settlement conference before federal Magistrate Judge Beth P. Gesner is currently scheduled for April 4, 2005.

3.  The parties have determined that settlement discussions require further analysis and agree that a 30-day stay of discovery would allow them to focus on settlement efforts.

4.	If settlement does not appear likely after the April 4, 2005 settlement conference, the parties request that the stay automatically be lifted and that active litigation immediately resume.

5.	This motion is not made for dilatory purposes, and will not cause undue delay.

Dated:   March 15, 2005.

                                            Respectfully submitted,

                                            /s/
                                        Maria Salacuse
                                        Trial Attorney
                                        Baltimore District Office
                                        Equal Employment Opportunity Commission
                                        10 S. Howard Street, 3rd Floor
                                        Baltimore, MD 21201
                                        Phone: 410-962-4341
                                        Fax: 410-962-4270

                                            /s/
Anthony W. Kraus
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
Phone: (410) 727-6464
Fax:  (410) 385-3700

Counsel for Defendant
The Paul Hall Center

                                            /s/
Theresa M. Connolly
DLA PIPER RUDNICK GRAY CARY US LLP
1775 Wiehle Avenue, Suite 400
Reston, Virginia  20190
Phone: (703) 773-4000
Fax: (703) 773-5000

Counsel for Defendant
Seafarers International Union

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> PAUL HALL CENTER FOR MARITIME TRAINING AND EDUCATION <br><br> AND <br><br> SEAFARERS INTERNATIONAL UNION, <br><br> Defendants. | Civil Action No. MJG 02 CV 3192 <br><br><br> (Previous No.: MJG-02-2461) |

## ORDER

Having read and considered the Joint Motion To Stay Discovery For 30 Days Pending Settlement Discussions, IT IS, this ____ day of March, 2005, hereby

**ORDERED**, that the parties Joint Motion is **GRANTED**, and it is further

**ORDERED** that discovery is stayed until April 11, 2005. If settlement does not appear likely after the April 4, 2005 settlement conference, the parties shall advise the court and the stay shall be automatically lifted and active litigation shall resume. Otherwise, the parties shall notify the court of the status of settlement discussions by April 11, 2005.

**IT IS SO ORDERED.**

**ENTERED** this ____ day of March 2005.

_____
The Honorable Marvin J. Garbis
United States District Judge