FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2005 MAR 6  P 1:49

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.

PAUL HALL CENTER FOR MARITIME
TRAINING AND EDUCATION

AND

SEAFARERS INTERNATIONAL UNION,

    Defendants.

Civil Action No. MJG 02 CV 3192

(Previous No.: MJG-02-2461)

## ORDER

Having read and considered the Joint Motion To Stay Discovery For 30 Days Pending Settlement Discussions, IT IS, this __16__ day of March, 2005, hereby

**ORDERED**, that the parties Joint Motion is **GRANTED**, and it is further

**ORDERED** that discovery is stayed until April 11, 2005. If settlement does not appear likely after the April 4, 2005 settlement conference, the parties shall advise the court and the stay shall be automatically lifted and active litigation shall resume. Otherwise, the parties shall notify the court of the status of settlement discussions by April 11, 2005

**IT IS SO ORDERED.**

ENTERED this __16__ day of March 2005

                                                       /s/
                                    The Honorable Marvin J. Garbis
                                    United States District Judge