UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL HALL CENTER FOR MARITIME TRAINING & EDUCATION, et. al. )<br>)<br>Defendants. ) | Civil Action No.<br>MJG-02-CV-3192 |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 17th of March, 2005, a copy of Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Compel Further Responses to Requests for Production of Documents and Answers to Interrogatories was sent via first-class mail, postage prepaid, to:

Maria Salacuse, Esq.
Equal Employment Opportunity Commission
10 S. Howard Street
3rd Floor
Baltimore, Maryland 21201

Theresa M. Connolly, Esq.
Piper Rudnick, LLP
1775 Wiehle Avenue, Suite 400
Reston, VA 20190-5159

Paul A. Mallos, Esq.
Piper Rudnik, LLP
6225 Smith Avenue
Baltimore, MD 21209

Respectfully submitted,

_____/s/_____
Kathleen Pontone (Bar No. 1225)
Anthony W. Kraus (Bar No. 2351)
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Counsel for Defendant
Paul Hall Center