# Unlicensed Apprentice Program Application

Name _____ Age _____
        Last                       First                   Middle

Address _____
       Street                  City                State      Zip

Home Phone _____ Social Security # _____ Date of birth _____

Next of Kin _____

Address _____ Phone # _____

Are you currently on any form of probation or parole?   YES   or   NO
If yes, explain _____

Have you ever been given a Coast Guard letter of warning or been assessed a civil penalty for violation of maritime or environmental regulations?   YES   or   NO
If yes, explain _____

Have you been in the armed services? YES   or   NO       Branch _____

Date of service: To_____ From_____ Type of discharge _____
If other than honorable, explain:
_____

Do you have a passport:_____   When does it expire? _____

| **EDUCATION:** | Name | Last Grade Completed | Grad/Major |
|---|---|---|---|
| High School | | 9  10  11  12 | |
| College | | | |
| Trade/Vocational School | | | |

Did you receive a GED (High School Equivalency) diploma?   YES   or   NO
If yes, where_____ Date _____

rev. 6/02                                                                                  7

**EMPLOYMENT RECORD:**

Company/Address             Job Title             To             From
_____
_____
_____
_____

List any special training you have had, machines you can operate or any special aptitude you may possess:_____
_____
_____

What are your hobbies?  _____

Do you have any relatives or friends who have had a career at sea?    YES   or   NO

         Name                                      Relationship
_____
_____

List any and all sea experience: _____
_____

Along with your application, attach an essay describing "Why I want to work in the Maritime Industry." You must provide three (3) character reference letters (from a former employer or other individuals. Do not include reference letters from relatives).

   I agree to abide by the rules of the training school program and the regulations, actions and directions of my instructors, the administration, the trustees of the program and their training school subcommittees. My right to continued enrollment and attendance at the School and my school hours are matters within the absolute discretion of the persons administering the School.
   I affirm that the statements in this application are true.
   Further, I affirm that I do not believe in and I am not a member of, nor do I support, any organization that believes in or advocates the overthrow of the United States government by force or by illegal or unconstitutional methods.
   Further, I affirm that I will support and defend the constitution of the United States against all enemies, foreign and domestic; and that I will bear true faith and allegiance to the same, and that I take this obligation freely, without mental reservation or purpose of evasion.
   *NOTE: FALSE INFORMATION GIVEN, WILL CONSTITUTE GROUNDS FOR DISMISSAL FROM THE SCHOOL.*

**Signature:** _____    **Date:** _____