

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Baltimore District Office**

City Crescent Building
10 South Howard St., 3rd Floor
Baltimore, MD 21201
(410) 962-3932
TTY (410) 962-6065
FAX (410) 962-2817/4270

April 29, 2005

The Honorable Marvin J. Garbis
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

    Re:    EEOC v. Paul Hall Center, *et al.*
           Civil Action No. MJG-02-3192

Dear Judge Garbis:

    At the recommendation of Judge Gesner, the parties are providing you with a status report on the above-referenced case. As you are aware, on April 4, 2005, the parties attended a mediation session before Judge Gesner. Unfortunately, the discussions were not entirely productive since the parties lacked key information concerning damages.

    Recognizing the need for the additional exchange of information to take place, and at the suggestion of Judge Gesner to consider an alternative approach to this case, the parties have agreed to divide the current discovery period into two phases. In the interest of efficiency, the first phase will involve limited discovery on damages. The parties have already begun to exchange and/or supplement damages information. In addition, the parties largely have agreed to the scope, including the number, of depositions to be taken, and believe they can resolve any remaining issues. We anticipate this first phase to last approximately three to four months. During the second week of August 2005, the parties will attend a follow-up mediation session with Judge Gesner.

    Should the ongoing mediation not be successful, the parties will proceed with the second phase of discovery which would entail more full-blown discovery on damages and liability. The parties have agreed that neither will oppose the other party's reasonable request for an extension of the discovery deadline should the need arise as a result of this sequenced approach.

                                    Respectfully submitted,

                                    /s/
                                Maria Salacuse, Trial Attorney
                                Equal Employment Opportunity Commission
                                10 South Howard Street, 3rd Floor
                                Baltimore, MD 21201
                                (410) 962-4341

        /s/
Anthony W. Kraus, Esq.
Counsel for the Paul Hall Center
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202-1487
(410) 385-3756

        /s/
Theresa M. Connolly, Esq.
Counsel for the Seafarers International Union
DLA Piper Rudnick Gray Cary US LLP
1775 Wiehle Avenue, Suite 400
Reston, VA 21090-5159
703-773-4007

cc:    The Honorable Beth P. Gesner
       United States District Court
       District of Maryland
       101 W. Lombard Street
       Baltimore, MD 21201
       (via electronic filing)