

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Baltimore District Office**

City Crescent Building
10 South Howard St., 3rd Floor
Baltimore, MD 21201
(410) 962-3932
TTY (410) 962-6065
FAX (410) 962-2817/4270

The Honorable Beth P. Gesner
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

    Re:    EEOC v. Paul Hall Center, *et al.*
           Civil Action No. MJG-02-3192

Dear Judge Gesner:

    This is to confirm that the parties in the above-referenced case will attend a second mediation session before you on Wednesday, August 17, 2005 at 9:15 a.m.  Should the parties wish for you to review any documents in anticipation of this session, they will submit such documents by August 10, 2005.

        Respectfully submitted,

        /s/
Maria Salacuse, Trial Attorney
Equal Employment Opportunity Commission
10 South Howard Street, 3rd Floor
Baltimore, MD 21201
(410) 962-4341

        /s/
Anthony W. Kraus, Esq.
Counsel for the Paul Hall Center
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202-1487
(410) 385-3756

        /s/
Theresa M. Connolly, Esq.
Counsel for the Seafarers International Union
DLA Piper Rudnick Gray Cary US LLP
1775 Wiehle Avenue, Suite 400
Reston, VA 21090-5159
(703) 773-4007